UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JESSICA SANTANA, on behalf of herself and all others similarly situated,**

    **Plaintiff**

CASE NO.: 8:24-cv-750-TPB-CPT

v.

**HEALTHINSURANCE.COM, LLC,**

    **Defendant.**

_____/

**PLAINTIFF'S MOTION TO EITHER EXTEND PLAINTIFF'S DEADLINE TO SEEK A DEFAULT JUDGMENT OR, IN THE ALTERNATIVE, STAY THESE PROCEEDINGS**

Pursuant to Federal Rules of Civil Procedure Rules 6(b) and the Middle District of Florida's Local Rule 1.10(c), Plaintiff, Jessica Santana, on behalf of herself and all others similarly situated, moves for an Order either (a) extending Plaintiff's deadline to seek a default judgment or, in the alternative, (b) staying these proceedings. In support of this Motion, Plaintiff states as follows:

1. Plaintiff obtained a Clerk's Default on July 2, 2024. (Doc. 13).

2. However, after Plaintiff obtained the Clerk's Default, Plaintiff's counsel was informed that Defendant is currently in a receivership proceeding in Delaware.

3. Thus, Plaintiff's counsel is currently in the process of conferring with bankruptcy counsel to determine the appropriate next steps, which likely will

include a forthcoming Motion to Stay these proceedings, pending resolution of Plaintiff's claims in the ongoing Delaware receivership proceedings.

4. For these reasons, Plaintiff respectfully requests that this Court (a) allow her an additional thirty (30) days to submit a Motion for Final Judgment or, in the alternative, (b) stay these proceedings.

## MEMORANDUM OF LAW

The Court should grant this Motion and either (a) allow Plaintiff an additional thirty (30) days to submit a Motion for Final Judgment or, in the alternative, (b) stay these proceedings. Pursuant to this Court's Local Rule 1.10(c), "within thirty-five days after entry of a default, the party entitled to a default judgment must apply for the default judgment **or must file a paper identifying each unresolved issue . . . necessary to entry of the default judgment**." (Emphasis added). Accordingly, Plaintiff properly submits this Motion within thirty-five (35) days of this Court's entry of a default.

Additionally, Federal Rule of Civil Procedure 6(b)(1)(A) provides, "A schedule may be modified only for good cause and with the judge's consent." This Court, in *Russell v. Fed. Ins. Co.*, No. 2:20-cv-937-SPC-NPM, 2022 WL 103570, at *1 (M.D. Fla. Jan. 11, 2022) stated that "good cause" is demonstrated, "only if, despite its diligence, the party cannot meet the deadline." Not only is Plaintiff properly filing this Motion within thirty-five (35) days of this Court's entry of a default, but the Delaware receivership proceedings serve as good cause to (a) allow

2

Plaintiff an additional thirty (30) days to apply for a default judgment or (b) stay these proceedings.

It is clear that Plaintiff has diligently endeavored to meet the deadlines as currently set forth through this Court's Local Rules, yet Plaintiff is in need of (a) this brief thirty (30) day extension of time in which to apply for a Final Default Judgment or (b) a stay of these proceedings, to allow Plaintiff time to confer with bankruptcy counsel to determine the appropriate next steps, in light of the ongoing Delaware receivership proceeding. Plaintiff believes that the instant case is one where this Court's broad discretion should be exercised to either (a) grant the requested enlargement of time for Plaintiff to apply for a Final Default Judgment or, in the alternative, (b) stay these proceedings.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order granting this Motion to Either Extend Plaintiff's Deadline to Seek a Default Judgment or, in the Alternative, Stay These Proceedings, as requested herein.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned has been unable to confer with Defendant, as Defendant has not appeared in this matter.

Dated this 13th day of August, 2024.

/s/ *Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
**Wenzel Fenton Cabassa, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
Main No.: 813-224-0431
Direct No.: 813-379-2565
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com
***Attorneys for Named Plaintiff***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of August, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record. I further certify that I mailed the foregoing document by first-class mail to the following:

HEALTHINSURANCE.COM, LLC
c/o Registered Agent Solutions, Inc.
2894 Remington Green Lane, Suite A
Tallahassee, FL 32308

/s/ *Brandon J. Hill*
**BRANDON J. HILL**